| | |
|---|---|
| 1 | KARYN M. TAYLOR, ESQ., Bar #6142 |
| | kmtaylor@littler.com |
| 2 | LUKE W. MOLLECK, ESQ., Bar #14405 |
| | lmolleck@littler.com |
| 3 | LITTLER MENDELSON |
| | 200 South Virginia Street, 8th Floor |
| 4 | Reno, NV  89501 |
| | Telephone: (775) 348-4888 |
| 5 | Facsimile: (775) 786-0127 |

Attorneys for Defendant
Prime Healthcare Services – Reno, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| REBECCA BALLINGER, | Case No. 3:22-cv-00084-MMD-CLB |
| Plaintiff, | |
| vs. | **STIPULATION AND PROPOSED ORDER FOR ENLARGEMENT OF TIME FOR DEFENDANT TO FILE ITS REPLY BRIEF** |
| PRIME HEALTHCARE SERVICES – RENO, LLC, a Foreign Limited Liability Company, dba St. Mary's Regional Medical Center. | |
| | **(FIRST REQUEST)** |
| Defendant. | |

The parties to this action, by and through their undersigned counsel of record, hereby stipulate that Defendant may have an extension of time, through and including Friday, June 10, 2022, to file its Reply Brief in support of the Motion to Dismiss. This is the first request for such an

///

///

///

///

LITTLER MENDELSON
3930 Howard Hughes Parkway
Suite 200
Las Vegas, NV  89109.0920
702.862.8800

4865-8936-1698.1 / 096475-1115

extension. The original deadline to file the reply was Tuesday, May 31, 2022.

**IT IS SO STIPULATED**.

Dated:  May 26, 2022

THE GEDDES LAW FIRM, P.C.

By: /s/ *William J. Geddes*
    WILLIAM J. GEDDES, ESQ.
    KRISTEN R. GEDDES, ESQ.

    Attorney for Plaintiff
    Rebecca Ballinger

Dated:  May 26, 2022

LITTLER MENDELSON, P.C.

By: */s/ Karyn M. Taylor*
    KARYN M. TAYLOR, ESQ.
    LUKE W. MOLLECK, ESQ.

    Attorneys for Defendant
    Prime Healthcare Services – Reno, LLC

**IT IS SO ORDERED.**

DATED THIS 26th Day of May 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON
3930 Howard Hughes Parkway
Suite 200
Las Vegas, NV  89109.0920
702.862.8800

4865-8936-1698.1 / 096475-1115