WILLIAM J. GEDDES
Nevada Bar No. 6984
KRISTEN R. GEDDES
Nevada Bar No. 9027
THE GEDDES LAW FIRM, P.C.
1575 Delucchi Lane, Suite 206
Reno, Nevada 89502
Phone: (775) 853-9455
Fax: (775) 299-5337
Email: Will@TheGeddesLawFirm.com
Email: Kristen@TheGeddesLawFirm.com
*Attorney for Plaintiff Rebecca Ballinger*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| REBECCA BALLINGER,<br><br>                    Plaintiff,<br><br>vs.<br><br>PRIME HEALTHCARE SERVICES – RENO, LLC, a Foreign Limited Liability Company, dba St. Mary's Regional Medical Center.<br><br>                    Defendant. | CASE NO.: 3:22-cv-00084-MMD-CLB<br><br>**ORDER ON**<br>**STIPULATION FOR:**<br><br>**(1) PLAINTIFF TO FILE SUPPLEMENTAL BRIEF RE INTERVENING CHANGE IN LAW; and**<br><br>**(2) ENLARGEMENT OF TIME FOR DEFENDANT TO FILE REPLY BRIEF ON:**<br><br>**Defendant's Partial Motion to Dismiss Plaintiff's Complaint (ECF 005)**<br><br>**(First Request)** |

The parties to this action, by and through their undersigned counsel of record hereby stipulate that Plaintiff may file a supplemental brief ("*Supplemental Brief*") to ECF 011, to address an intervening change in legal authority announced in *Morgan v. Sundance, Inc.*, 29 Fla. L. Weekly Fed. S. 290 (U.S. 2022, decided May 23, 2022), 2022 U.S. LEXIS 2514, regarding the legal standard as to whether a party has waived arbitration, which impacts the legal arguments presented in Plaintiff's Opposition ("*Opposition*" ECF 011) to *Defendant's Motion for Partial Dismissal* (ECF 005), at ECF 011, § IV(B), at 9:19-13:24. This intervening change in legal authority, decided May 23, 2022, was decided by the U.S. Supreme Court one day before Plaintiff filed her opposition brief of ECF 011, on May 24, 2022, and Plaintiff's counsel was unaware of the *Morgan* decision at the time of filing

1

Plaintiff's opposition brief.

As well, the parties to this action, by and through their undersigned counsel of record further stipulate that Defendant may have an enlargement of time to file one single reply brief to the *Opposition* and *Supplemental Brief*, rather than filing a reply to the *Opposition* and a surreply to the *Supplemental Brief*, according to the deadlines prescribed by Local Rule 7-2(b), permitting Defendant seven days to file such a single reply brief.

As to the timing of such supplemental briefing, the parties stipulate that Plaintiff may file her supplemental brief not later than seven days after the Court issues any order permitting her to file a supplemental brief, to address the intervening change in legal authority announced in *Morgan*. As well, the parties stipulate that Defendant may file a single reply, addressing both the *Opposition* and *Supplemental Brief* within seven days after any *Supplemental Brief* is filed.

This Stipulation is not offered for any dilatory or improper purpose.

Dated this 10th day of June 2022.                Dated this 10th day of May 2022.

LITTLER MENDELSON                                THE GEDDES LAW FIRM, P.C.

*Electronic Signature Authorized*

By:  /s/

KARYN M. TAYLOR, ESQ.,                           WILLIAM J. GEDDES, ESQ.
Nevada Bar Number 6142                           Nevada Bar Number 6984
kmtaylor@littler.com                             will@thegeddeslawfirm.com
200 South Virginia Street, 8th Floor             1575 Delucchi Lane, Suite 206
Reno, NV  89501                                  Reno, Nevada 89502
Telephone: (775) 348-4888                        (775) 853-9455

*Attorneys for Defendant*                        *Attorney for Plaintiff Rebecca Ballinger*
*Prime Healthcare Services – Reno, LLC*

**ORDER**

Dated:  6/14/2022                                IT IS SO ORDERED

                                                 _____
                                                 MIRANDA M. DU
                                                 CHIEF UNITED STATES DISTRICT JUDGE