| | |
|---|---|
| 1 | KARYN TAYLOR, ESQ., Bar #6142 |
| | kmtaylor@littler.com |
| 2 | LUKE W. MOLLECK, ESQ., Bar #14405 |
| | lmolleck@littler.com |
| 3 | LITTLER MENDELSON |
| | 200 South Virginia Street, 8th Floor |
| 4 | Reno, NV  89501 |
| | Telephone: (775) 348-4888 |
| 5 | Facsimile: (775) 786-0127 |

Attorneys for Defendant
Prime Healthcare Services – Reno, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| REBECCA BALLINGER, | Case No. 3:22-cv-00084-MMD-CLB |
| Plaintiff, | |
| vs. | **STIPULATION AND PROPOSED ORDER FOR ENLARGEMENT OF TIME FOR DEFENDANT TO FILE ITS REPLY BRIEF** |
| PRIME HEALTHCARE SERVICES – RENO, LLC, a Foreign Limited Liability Company, dba St. Mary's Regional Medical Center. | **(SECOND REQUEST)** |
| Defendant. | |

The parties to this action, by and through their undersigned counsel of record, hereby stipulate that Defendant may have an extension of time, through and including Monday, July 18, 2022, to file its Reply Brief in Support of the Motion to Dismiss. This is the second request for such

///

///

///

///

LITTLER MENDELSON
3930 Howard Hughes Parkway
Suite 200
Las Vegas, NV  89109.0920
702.862.8800

4884-0257-8728.1 / 096475-1115

an extension. The original deadline to file the reply was Tuesday, June 28, 2022.

**IT IS SO STIPULATED**.

Dated:  July 12, 2022                              Dated:  July 12, 2022

THE GEDDES LAW FIRM, P.C.                LITTLER MENDELSON, P.C.

By: /s/ *William J. Geddes*                         By: */s/ Luke W. Molleck*
　　WILLIAM J. GEDDES, ESQ.           　　KARYN TAYLOR, ESQ.
　　KRISTEN R. GEDDES, ESQ.          　　LUKE W. MOLLECK, ESQ.

　　Attorney for Plaintiff                              Attorneys for Defendant
　　Rebecca Ballinger                                   Prime Healthcare Services – Reno, LLC

**IT IS SO ORDERED.**

Dated: ___July 13_____, 2022

_____
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON
3930 Howard Hughes Parkway
Suite 200
Las Vegas, NV  89109.0920
702.862.8800

2.

4884-0257-8728.1 / 096475-1115