WILLIAM J. GEDDES
Nevada Bar No. 6984
KRISTEN R. GEDDES
Nevada Bar No. 9027
THE GEDDES LAW FIRM, P.C.
1575 Delucchi Lane, Suite 206
Reno, Nevada 89502
Phone: (775) 853-9455
Fax: (775) 299-5337
Email: Will@TheGeddesLawFirm.com
Email: Kristen@TheGeddesLawFirm.com
*Attorney for Plaintiff Rebecca Ballinger*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| REBECCA BALLINGER,<br><br>Plaintiff,<br><br>vs.<br><br>PRIME HEALTHCARE SERVICES – RENO, LLC, a Foreign Limited Liability Company, dba St. Mary's Regional Medical Center.<br><br>Defendant. | CASE NO.: 3:22-cv-00084-MMD-CLB<br><br>**STIPULATION AND PROPOSED ORDER FOR ENLARGEMENT OF TIME**<br><br>**For Plaintiff to File a Reply Brief On Plaintiff's Motion to Amend**<br><br>**(ECF 028)**<br><br>**(First Request)** |

The parties to this action, by and through their undersigned counsel of record hereby stipulate that Plaintiff may have a one (1)-week extension of time, **through and including Friday, August 12, 2022**, to file her reply brief on her Motion to Amend (ECF 028). This is the first request for such an extension. The original deadline to file this opposition was Friday, August 5, 2022. The reason Plaintiff needs additional time to file this brief is because her counsel has a congested calendar and was out of the office on Friday, August 5, 2022, and he will need additional time to prepare a responsive brief.

/ / /

/ / /

/ / /

1

This Stipulation is not offered for any dilatory or improper purpose.

Dated this 8th day of August 2022.

LITTLER MENDELSON

*Electronic Signature Authorized*

By:  /s/ Karyn M. Taylor
KARYN M. TAYLOR, ESQ.,
Nevada Bar Number 6142
kmtaylor@littler.com
200 South Virginia Street, 8th Floor
Reno, NV  89501
Telephone: (775) 348-4888

*Attorneys for Defendant
Prime Healthcare Services – Reno, LLC*

Dated this 8th day of August 2022.

THE GEDDES LAW FIRM, P.C.

WILLIAM J. GEDDES, ESQ.
Nevada Bar Number 6984
will@thegeddeslawfirm.com
1575 Delucchi Lane, Suite 206
Reno, Nevada 89502
(775) 853-9455

*Attorney for Plaintiff Rebecca Ballinger*

**ORDER**

Dated: August 8, 2022

IT IS SO ORDERED

UNITED STATES DISTRICT JUDGE

2

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of the Geddes Law Firm, P.C., and that on **August 8, 2022**, I caused to be served a copy of the foregoing *Stipulation and Proposed Order for Enlargement of Time for Plaintiff to File a Reply Brief on Plaintiff's Motion to Amend (ECF 028) (First Request),* by electronic filing with the Court's Pacer e-filing system, addressed to:

KARYN M. TAYLOR, ESQ., Bar #6142
kmtaylor@littler.com
LUCAS W. MOLLECK, ESQ., Bar #14405
lmolleck@littler.com
LITTLER MENDELSON
200 South Virginia Street, 8th Floor
Reno, NV  89501
Telephone: (775) 348-4888
Facsimile: (775) 786-0127

*Attorneys for Defendant
Prime Healthcare Services – Reno, LLC*

                                                THE GEDDES LAW FIRM, P.C

                                                /s/ William J. Geddes
                                                WILLIAM J. GEDDES, ESQ.
                                                Nevada Bar Number 6984
                                                The Geddes Law Firm, P.C.
                                                1575 Delucchi Lane, Suite 206
                                                Reno, Nevada 89502
                                                (775) 853-9455
                                                *Attorney for Plaintiff Rebecca Ballinger*