KARYN TAYLOR, ESQ., Bar #6142
kmtaylor@littler.com
LUKE W. MOLLECK, ESQ., Bar #14405
lmolleck@littler.com
LITTLER MENDELSON
200 South Virginia Street, 8th Floor
Reno, NV  89501
Telephone: (775) 348-4888
Facsimile: (775) 786-0127

Attorneys for Defendant
Prime Healthcare Services – Reno, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| REBECCA BALLINGER,<br><br>          Plaintiff,<br><br>vs.<br><br>PRIME HEALTHCARE SERVICES –<br>RENO, LLC, a Foreign Limited Liability<br>Company, dba St. Mary's Regional Medical<br>Center.<br><br><br>          Defendant. | Case No. 3:22-cv-00084-MMD-CLB<br><br>**STIPULATION AND ORDER TO<br>CONTINUE EARLY NEUTRAL<br>EVALUATION** |

Defendant Prime Healthcare Services – Reno, LLC, a Foreign Limited Liability Company, dba St. Mary's Regional Medical Center ("Defendant"), and Plaintiff, Rebecca Ballinger ("Ballinger" or "Plaintiff"), by and through their attorneys of record, hereby stipulate and agree to continue the date for the Early Neutral Evaluation ("ENE") Session presently schedule for September 28, 2022 at 9:00 a.m., before U.S. Magistrate Judge Craig Denney.  The parties agreed to November 1, 2022 at 9:00 a.m.

The parties further request that the confidential written evaluation statement be due to the Arbitrator one week prior to the new date of the ENE Session.

LITTLER MENDELSON, P.C.
Attorneys At Law
200 S. Virginia Street
8th Floor
Reno, NV  89501.1944
775.348.4888

This extension is sought in good faith and not for the purpose of delay.

**IT IS SO STIPULATED.**

Dated:  September 15, 2022                     Dated:  September 15, 2022

THE GEDDES LAW FIRM, P.C.            LITTLER MENDELSON, P.C.


By: _/s/ William J. Geddes_____     By: _/s/ Luke W. Molleck_____
    WILLIAM J. GEDDES, ESQ.                  KARYN TAYLOR, ESQ.
    KRISTEN R. GEDDES, ESQ.                  LUKE W. MOLLECK, ESQ.

    Attorney for Plaintiff                   Attorneys for Defendant
    Rebecca Ballinger                        Prime Healthcare Services – Reno,
                                             LLC


**IT IS SO ORDERED**

Dated:  September 16_____, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

4879-1325-4706.1 / 096475-1065

LITTLER MENDELSON, P.C.
Attorneys At Law
200 S. Virginia Street
8th Floor
Reno, NV  89501.1944
775.348.4888

2.