| | |
|---|---|
| 1 | KARYN TAYLOR, ESQ., Bar #6142 |
|   | kmtaylor@littler.com |
| 2 | LUKE W. MOLLECK, ESQ., Bar #14405 |
|   | lmolleck@littler.com |
| 3 | LITTLER MENDELSON |
|   | 200 South Virginia Street, 8th Floor |
| 4 | Reno, NV  89501 |
|   | Telephone: (775) 348-4888 |
| 5 | Facsimile: (775) 786-0127 |

Attorneys for Defendant
Prime Healthcare Services – Reno, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| REBECCA BALLINGER, | Case No. 3:22-cv-00084-MMD-CLB |
| Plaintiff, | |
| vs. | **ORDER GRANTING** |
| PRIME HEALTHCARE SERVICES – RENO, LLC, a Foreign Limited Liability Company, dba St. Mary's Regional Medical Center. | **STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE ANSWER TO PLAINTIFF'S AMENDED COMPLAINT** |
| Defendant. | |

Plaintiff REBECCA BALLINGER ("Plaintiff") and PRIME HEALTHCARE SERVICES – RENO, LLC ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file an Answer to the Amended Complaint from the current deadline of December 7, 2022 to **December 27, 2022.**

This is the first request for an extension of time to file an Answer to the Amended Complaint. The requested extension is necessary in light of the fact that the parties are participating in the Early Neutral Evaluation, presently scheduled for December 16, 2022.  The additional time will allow the parties to  engage in good faith discussions on the potential resolution  of this matter during the Early

///

///

LITTLER MENDELSON P.C.
200 S. Virginia Street
8th Floor
Reno, NV  89501.1944
775.348.4888

4865-5080-4509.1 / 096475-1115

Neutral Evaluation.  This request is made in good faith and not for the purpose of delay.

**IT IS SO STIPULATED.**

Dated:  December 6, 2022

THE GEDDES LAW FIRM, P.C.

By: */s/ William J. Geddes*
    WILLIAM J. GEDDES, ESQ.
    KRISTEN R. GEDDES, ESQ.

*Attorney for Plaintiff
Rebecca Ballinger*

Dated:  December 6, 2022

LITTLER MENDELSON, P.C.

By: */s/ Luke W. Molleck*
    KARYN M. TAYLOR, ESQ.
    LUKE W. MOLLECK, ESQ.

*Attorneys for Defendant
Prime Healthcare Services – Reno, LLC*

**IT IS SO ORDERED**

Dated: __December 6__, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON P.C.
200 S. Virginia Street
8th Floor
Reno, NV  89501.1944
775.348.4888

2.

4865-5080-4509.1 / 096475-1115