KARYN TAYLOR, ESQ., Bar #6142
kmtaylor@littler.com
LUKE W. MOLLECK, ESQ., Bar #14405
lmolleck@littler.com
LITTLER MENDELSON
200 South Virginia Street, 8th Floor
Reno, NV 89501
Telephone: (775) 348-4888
Facsimile: (775) 786-0127

Attorneys for Defendant
Prime Healthcare Services – Reno, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| REBECCA BALLINGER,<br><br>Plaintiff,<br><br>vs.<br><br>PRIME HEALTHCARE SERVICES – RENO, LLC, a Foreign Limited Liability Company, dba St. Mary's Regional Medical Center.<br><br>Defendant. | Case No. 3:22-cv-00084-MMD-CLB<br><br>**STIPULATION TO EXTEND THE DEADLINE TO FILE THE NOTICE OF DISMISSAL**<br><br>**[SECOND REQUEST]** |

Plaintiff REBECCA BALLINGER ("Plaintiff") and Defendant PRIME HEALTHCARE SERVICES – RENO, LLC ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for the parties to file the stipulation and order of dismissal from the current deadline of February 15, 2023, up to and including March 17, 2023.

This is the second request for an extension of time to file the stipulation and order of dismissal. This request is made in good faith and not for the purpose of delay. The parties have agreed to the

///

///

///

LITTLER MENDELSON
3930 Howard Hughes Parkway
Suite 200
Las Vegas, NV 89109.0920
702.862.8800

4889-8814-3695.1 / 096475-1115

terms of the settlement agreement. The additional time will allow the parties to execute the settlement agreement and provide the consideration identified in the agreement.

Dated: February 8, 2023

Respectfully submitted,

*/s/ William J. Geddes*
William J. Geddes, Esq.
Kristen R. Geddes, Esq.
The Geddes Law Firm, P.C.

*Attorneys for Plaintiff*

Dated: February 8, 2023

Respectfully submitted,

*/s/ Luke W. Molleck*
Karyn M. Taylor, Esq.
Luke W. Molleck, Esq.
Littler Mendelson P.C.

*Attorneys for Defendant*

**IT IS SO ORDERED.**

Dated:  February 8, 2023

_____
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON
3930 Howard Hughes Parkway
Suite 200
Las Vegas, NV  89109.0920
702.862.8800

2.

4889-8814-3695.1 / 096475-1115