1  KARYN TAYLOR, ESQ., Bar #6142
   kmtaylor@littler.com
2  LUKE W. MOLLECK, ESQ., Bar #14405
   lmolleck@littler.com
3  LITTLER MENDELSON
   200 South Virginia Street, 8th Floor
4  Reno, NV  89501
   Telephone: (775) 348-4888
5  Facsimile: (775) 786-0127

6  Attorneys for Defendant
   Prime Healthcare Services – Reno, LLC
7

8                  UNITED STATES DISTRICT COURT

9                       DISTRICT OF NEVADA

10

11 | REBECCA BALLINGER,                          | Case No. 3:22-cv-00084-MMD-CLB
12 |                  Plaintiff,                 |
13 | vs.                                         | **STIPULATION AND ORDER DISMISSING ACTION IN ITS ENTIRETY WITH PREJUDICE**
14 | PRIME HEALTHCARE SERVICES –                 |
   | RENO, LLC, a Foreign Limited Liability      |
15 | Company, dba St. Mary's Regional            |
   | Medical Center.                             |
16 |                                             |
17 |                  Defendant.                 |

18         Plaintiff REBECCA BALLINGER ("Plaintiff") and Defendant PRIME HEALTHCARE

19  SERVICES – RENO, LLC ("Defendant"), by and through their undersigned counsel, hereby

20  stipulate and respectfully request an order dismissing this action in its entirety with prejudice.

21         The parties agree that no party to this stipulation shall be deemed to be a prevailing party in

22  this action and that each party shall bear its own costs and fees for the claims dismissed by this

23  ////

24

25  ///

26

27  ///

28

LITTLER MENDELSON
Attorneys at Law
200 S. Virginia St., 8th Floor
Reno, NV  89501-1944
702.862.8800

4888-0188-1432.1 / 096475-1115

Stipulation and Order.

Dated: March 21, 2023

Respectfully submitted,

*/s/ William J. Geddes*
William J. Geddes, Esq.
Kristen R. Geddes, Esq.
The Geddes Law Firm, P.C.

*Attorneys for Plaintiff*

Dated: March 21, 2023

Respectfully submitted,

*/s/ Luke W. Molleck*
Karyn M. Taylor, Esq.
Luke W. Molleck, Esq.
Littler Mendelson P.C.

*Attorneys for Defendant*

**IT IS SO ORDERED.**

Dated: ___March 21, 2023___

UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON
Attorneys at Law
200 S. Virginia St., 8th Floor
Reno, NV  89501-1944
702.862.8800

2.

4888-0188-1432.1 / 096475-1115